**ROBERT J. KOSCH, JR.**
P.O. BOX 035
NORMANDY BEACH, NEW JERSEY 08739
973-900-2831
Plaintiff, pro se

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

'22 JUN 15 A 11: 14

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF. NEW JERSEY

ROBERT J. KOSCH, JR.,                    :

        Plaintiff,

V.                                                              Civil Case No._____

                     :

THE NATIONAL REPUBLICAN PARTY,
As a Designated 501(c)(4) Not
For Profit Corporation,
Donald J. Trump, Rudolph                 :
Giuliani, Donald Trump, Jr.                              **COMPLAINT FOR**
And unidentified John Doe and                        **DECLARATORY   RELIEF**
Jane Doe United States
Government Officials
Currently and formerly Operating
Within the Republican Party,                              :

        Defendants.

### INTRODUCTION

Plaintiff, Robert J. Kosch Jr., brings this Action for Declaratory Relief pursuant to 42 USC 1985 (USC02) and complains as follows:

Plaintiff seeks an Order from this Honorable Court Granting Relief in this matter by stripping the Republican Party of their designated status as a "Not-for-Profit" corporation due to the numerous and repetitive acts of willful misconduct by its

members operating in their capacity as United States representatives and Officials by continually advancing false and deliberately misleading statements in violation of mandates allowing the Party to operate pursuant to Internal Revenue Service (IRS) guidelines subject to the provisions of 501(c)(4) as members of the Republican Party.

The Internal Revenue Service is an agency of the United States Federal Government.

This Complaint is brought particularly, but not limited to false accusations leading to the attempted theft or destruction of ballots cast by myself and others "similarly situated" carried into the Capitol Chamber on January 6, 2020.

The actions of the Republican Party defendants, by then President, Donald Trump, Rudolph Giuliani and Donald Trump, Jr., culminated in the insurrection and/or coup to interfere with the free and fair presidential election results counted after November 3, 2020, to be certified on January 6, 2021.

The misrepresentations advanced by defendants were contemplated and planned by design to nullify, or void my vote and others cast thereby injuring plaintiff and those "similarly situated" **voters** described in this complaint.

The defendants fabricated story of election fraud claiming Donald J. Trump was the winner of the 2020 presidential election continues to encourage or sway those who seek to further interfere with my constitutionally protected right to vote in a free and unfettered process for the candidate of my choice in upcoming elections.

## JURISDICTION AND VENUE

Jurisdiction rests properly Before this Court by way of Complaint in Good Faith by the Plaintiff pursuant to 42 USC ss 1985 and Internal Revenue Code 501(c)(4)

## PARTIES

Plaintiff is lifelong resident of the State of New Jersey and a citizen of the United States of America entitled to vote in a free and fair election process as guaranteed by the United States Constitution and a member of a particular class identified in these proceedings as a "registered voter, and voter[s]".

Defendants are properly joined in this Action as government employees and/or advisors of the Office of the President of the United States of America and members of the Republican party on, and before January 6, 2021 through the date of this Filing.

## CAUSE OF ACTION

I registered to vote with the Passaic County, New Jersey Board of Elections timely to participate in the Presidential Election of 2020 and cast my vote on November 3, 2020, in compliance with State and Federal law making my vote proper and lawful.

Between November 4, 2020, through 1/6/21, Defendants advanced a fictitious story claiming rampant fraud caused a fictitious outcome depriving Donald J. Trump as the winner "by a landslide" knowing that those comments were patently false.

These misleading comments, or false narrative convinced individuals that the election was "stolen" and many votes cast for Donald Trump were not counted, or destroyed wrongfully placing Joseph Biden as the newly elected President of the United States and winner of the 2020 election.

The actions and comments by defendants placed my lawfully casted vote at risk of being not counted, destroyed, or stolen by insurrectionists that broke into the Capitol Building seeking to remove the mahogany boxes containing the results of the aforementioned election which contained my lawfully cast vote and others similarly situated from being certified changing the results delivered by the Electoral College thereby violating my Right to vote independently.

Defendants fail to maintain order within their party in direct violation of specific mandates authorizing the Not-for-Profit designation without enforcing the standards, policy

and/or directives permitting this group, or organization to continue under the umbrella afforded to them by the Internal revenue Service in an ongoing pattern of deception and misrepresentation by failing to reprimand, or remove those who continue this knowingly false story of election fraud placing my voting rights in constant risk.

## RELIEF SOUGHT

Plaintiff respectfully requests that this Court issue and Order Granting Declaratory relief by:

(a)    Stripping the Republican Party of its Not-for-Profit designation/status for failure to comply with mandates qualifying them to proceed, or operate pursuant to 42 USC ss 1985 and Internal Revenue Code 501(c)(4)

(b)    Find defendants Donald J. Trump, Donald Trump, Jr., Rudolph Giuliani and unnamed John and Jane Doe defendants complicit in their roles as Republican Party members by advancing false narratives that the election was stolen placing my vote and those similarly situated on January 6, 2021 at risk of not being counted, thereby violating my right, and others Right[s] to Equal Protection under the Constitution of the United States.

(c)    Plaintiff seeks further relief in the form of monetary damages in the amount of One Dollar ($1.00)

Date: 6/15/22

Robert J. Kosch, Jr.
Plaintiff, pro se